STEVEN S. HULBERT v. JAMES HENRY.

*Justices of the peace—Terms of office.*

Under a charter which provides for the election of justices of the peace, and for their qualification, within five days after receiving notice of their election, by taking the constitutional oath and giving security in the same manner as is required by law of justices of the peace of townships, but which fixes no time for their term of office to begin or end, the terms of office of such justices are controlled by How. Stat. § 719, which provides that the terms of justices of the peace shall commence on the 4th of July next succeeding their election.

*Mandamus.* Submitted April 16, 1895. Denied April 30, 1895.

Relator, who owned a certain judgment rendered by respondent as justice of the peace, and was desirous that execution issue thereon, applied for *mandamus* to compel

respondent to turn over to his successor the books and papers belonging to such office. The facts are stated in the opinion.

*Hulbert & Mechem,* for relator.

*O. Scott Clark,* for respondent.

GRANT, J.   At the annual election in the city of Battle Creek, held the first Monday in April, 1891, the respondent was elected a justice of the peace for the full term of four years. At the annual election of 1895 one Harry P. Lewis was elected justice of the peace to succeed respondent. He qualified within five days after the election. The respondent refused to turn over to Lewis the books and papers of his office, claiming that his term of office did not expire until July 4, 1895, and this presents the sole question in the case.

Section 4 of the charter[1] provides for the election of city officers, among whom are four justices of the peace, one to be elected annually, who shall hold their offices for four years. Section 6 of the charter provides that on the Thursday following the election the common council shall meet and decide who are elected; that the recorder shall immediately notify each of the officers so elected; that each shall within five days thereafter take and subscribe the constitutional oath of office; and that all justices of the peace shall also qualify within five days by filing their oaths and giving security in the same manner as is required by law of justices of the peace in townships. The above are the only provisions of the charter in relation to the election and term of office of a justice of the peace. The charter fixes no time for the term of the justice to begin or end. The language of the charter providing for the election of justices of the peace is identical with that of the Constitution. Const. art. 6, § 17. How. Stat. § 719, provides that the terms of

---

[1] Act No. 428, Local Acts of 1887.

justices of the peace shall commence upon the 4th of July next succeeding their election. It is important that the terms of judicial officers should be fixed, so that they may have time to dispose of the business pending before them before the expiration of their terms. We think the Legislature contemplated, in passing this charter, that the terms of office of justices of the peace should be controlled by the general statute. It follows that the term of office does not expire till July 4, 1895.

Writ denied.

The other Justices concurred.